IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01449-ZLW-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

JOHN P. KLAASSEN, a resident of Colorado,

    Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: July __16__, 2007

    It is ORDERED that American Family Mutual Insurance Company's Motion For A **Temporary Restraining Order** (Doc. No. 2) is set for hearing on Wednesday, August 22, 2007, at 3:30 p.m. in Courtroom A801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado 80294. It is

    FURTHER ORDERED that Plaintiff's counsel shall serve a copy of this Minute Order on Defendant and file a certificate of service with the Court on or before July 23, 2007.

Dockets.Justia.com