**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-01449-ZLW-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

vs.

John P. Klaassen, a resident of Colorado,

    Defendant.

**ORDER GRANTING MOTION TO WITHDRAW**

THIS MATTER coming before the Court on the Motion of Michiko Brown of Snell & Wilmer L.L.P. to withdraw her appearance on behalf of Plaintiff American Family Mutual Insurance Company, and the Court being advised in the premises,

ORDERS that the Motion to Withdraw is granted. Brent D. Anderson of Snell & Wilmer L.L.P. shall continue to serve as counsel for Plaintiff.

**DATED** this   7   day of August, 2007.

                BY THE COURT

                *[signature: Zita L. Weinshienk]*

H:\Efilings\#145120 v1 - proposed order.doc