IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-01449-ZLW-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

     Plaintiff,

v.

JOHN P. KLAASSEN, a resident of Colorado,

     Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: August   15  , 2007


     It is ORDERED that Defendant's Unopposed Motion To Vacate And Reset Preliminary Injunction Hearing (Doc. No. 13) is granted, and the hearing on Plaintiff's Motion For A Preliminary Injunction And Temporary Restraining Order (Doc. No. 2), previously set for August 22, 2007, is re-set for Tuesday, September 25, 2007, at 2:00 p.m. in Courtroom A801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado  80294.