IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-01449-ZLW-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

JOHN P. KLAASSEN, a resident of Colorado,

    Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: October     29    , 2007

    It is ORDERED that the Second Joint Motion To Vacate And Reset Hearings On Motion To Dismiss And Motion For Preliminary Injunction (Doc. No. 35) is granted.  It is

    FURTHER ORDERED that the hearing on Plaintiff's Motion For A Preliminary Injunction And Temporary Restraining Order (Doc. No. 2) and Defendant's Motion To Dismiss Plaintiff's Claims Pursuant To Fed. R. Civ. P. 12(b)(1) And 12(b)(6), Or, In The Alternative For A More Definite Statement (Doc. No. 16), previously set for October 30, 2007, is re-set for Tuesday, November 13, 2007, at 2:00 p.m. in Courtroom A801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado  80294.