IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-01449-ZLW-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

JOHN P. KLAASSEN, a resident of Colorado,

    Defendant.

_____

ORDER
_____

    In consideration of the Minute Order entered on November 14, 2007, by Magistrate Judge Boyd N. Boland, it is

    ORDERED that the hearing set on Tuesday, November 27, 2007, is vacated.  It is

    FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

    FURTHER ORDERED that settlement papers or a status report shall be filed on or before November 28, 2007.  If by that date settlement papers or a status report has

not been received by the Court, on December 5, 2007, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this  14  day of November, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court