# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01449-ZLW-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

vs.

JOHN P. KLAASSEN, a resident of Colorado,

    Defendant.

## ORDER GRANTING MOTION TO DISMISS

THIS MATTER comes before the Court on the Notice of Settlement and Motion to Dismiss. Having considered this Motion, the applicable law, and being otherwise fully advised in the premises, the Court hereby grants this motion. This matter is dismissed with prejudice. The parties shall pay their own respective fees and costs.

DATED at Denver, Colorado, this  5  day of December, 2007.

                BY THE COURT:

                _____
                Judge

                APPROVED AS TO FORM:

                By:   s/ Brent D. Anderson
                    Brent D. Anderson
                    SNELL & WILMER, LLP
                    One Tabor Center, Suite 1900
                    1200 Seventeenth Street
                    Denver, CO   80202
                    Telephone:  (303) 634-2000
                    FAX:  (303) 634-2020
                    Email:  banderson@swlaw.com

**ATTORNEYS FOR PLAINTIFF
AMERICAN FAMILY
INSURANCE CO.**

By:   s/ Ronald B. Taylor
Ronald B. Taylor, P.C.
333 West Hampden Avenue, Ste 710
Englewood, Colorado 80110
(303) 806-8886
(303) 806-8882 (facsimile)
rontaylor@rbtpclaw.com
www.rbtpclaw.com

**ATTORNEY FOR DEFENDANT
JOHN P. KLAASSEN**

150808