# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01449-ZLW-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

vs.

JOHN P. KLAASSEN, a resident of Colorado,

    Defendant.

## **STIPULATED ORDER FOR PERMANENT INJUNCTION**

Plaintiff American Family Mutual Insurance Company and Defendant John P. Klaassen have agreed to this Stipulated Permanent Injunction.

### **Background**

American Family is an insurance company that handles a broad range of commercial and personal lines of insurance. On December 21, 1995, Klaassen entered into an exclusive agency relationship with American Family. As part of their agency relationship, Klaassen signed an American Family Agent Agreement and an Endorsement to that Agreement known as Endorsement 10 (collectively, the "Agreement"). This Agreement gave Klaassen access to American Family's confidential databases, computer systems, and customer information. Klaassen's use of information from American Family's confidential databases was governed and restricted by the Agreement's terms.

The Agreement also restricted Klaassen's ability to compete against American Family for the period of one year after the conclusion of his relationship with American Family.

On November 13, 2006, Klaassen resigned his position as an American Family insurance agent and started his own independent insurance agency called Lightship Insurance.

On July 11, 2007, American Family filed a Complaint and a Motion for Preliminary Injunction and Temporary Restraining Order, seeking to prevent Klaassen from using information allegedly taken from American Family's confidential databases, and return of all information allegedly taken. Klaassen filed a response to the motion and filed a Motion to Dismiss the Complaint. A hearing on the motions has been reset on several occasions. In order to avoid resetting the matter, and to fully resolve the matter, the parties, without admission of fault or liability, hereby agree to the entry of this Stipulated Permanent Injunction.

### Terms of the Permanent Injunction

Klaassen will return to American Family all information obtained from its confidential databases, including but not limited to all lists of American Family insureds, insurance purchase history, and contact information. Such information is not limited to lists or databases created by American Family but include any information, facts, lists, or data created or otherwise prepared using the information from American Family's confidential database  The end result is that Klaassen is not to have in his possession in any form information that was contained in American Family's confidential database for

customers of American Family and Klaassen as of November 16, 2006. Excluded from this paragraph is that information Klaassen maintains for customers who have entered into contractual relationships with insurers represented by Klaassen and Lightship Insurance as identified on Exhibit B to the parties' separately-executed Settlement Agreement and Release of All Claims.

American Family will have the right to verify, at its expense, that Klaassen has returned to it all of the information obtained or created from its confidential databases, regardless of form or format, as agreed to in the Settlement Agreement and Release of All Claims.

Klaassen is to identify all persons or entities referenced in American Family's confidential databases that he has contacted since November 13, 2006, including date or dates of contact, provided such information is available to him.

Klaassen shall not solicit any American Family customers or insured whose information was contained in the confidential databases of American Family on November 16, 2006, and who were customers of the John Klaassen Agency of American Family other than the customers identified in Exhibit B to the Settlement Agreement and Release of All Claims.

**DATED** this   7   day of    December   , 2007.

_Zita L. Weinshienk_
United States District Judge

APPROVED AS TO FORM:


By:    s/ Brent D. Anderson
    Brent D. Anderson
    SNELL & WILMER, LLP
    One Tabor Center, Suite 1900
    1200 Seventeenth Street
    Denver, CO   80202
    Telephone:  (303) 634-2000
    FAX:  (303) 634-2020
    Email:  banderson@swlaw.com


**ATTORNEYS FOR PLAINTIFF AMERICAN FAMILY INSURANCE CO.**


By:    s/ Ronald B. Taylor
Ronald B. Taylor, P.C.
333 West Hampden Avenue, Ste 710
Englewood, Colorado 80110
(303) 806-8886
(303) 806-8882 (facsimile)
rontaylor@rbtpclaw.com
www.rbtpclaw.com

**ATTORNEY  FOR  DEFENDANT JOHN P. KLAASSEN**